IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| JERALD KIRKWOOD )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WALGREEN CO., )<br>WALGREENS, STORE NUMBER 4232, and )<br>WALGREEN CO., a/k/a, d/b/a )<br>WALGREENS, STORE NUMBER 4232, )<br>    Defendants. ) | No. 2:23-cv-02028-SHL-tmp |

PLAINTIFFS' 1st AMENDED COMPLAINT

**INTRODUCTION**

    This is an action for Health Care Liability brought pursuant to T.C.A. 29-26-101, *et seq.* being brought by Plaintiff, Jerald Kirkwood. Plaintiff is bringing this action against Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., for violations of the medical standard of care in Memphis, Shelby County, Tennessee that began on August 24 or August 25, 2021.

    Plaintiff first discovered that there may have been violations of the medical standard of care, when Plaintiff, Jerald Kirkwood's condition required a trip to the ER on August 25, 2021 because his eyes were irritated and inflamed. The aforementioned violations of the medical standard of care consist of acts and omissions that constitute medical negligence by the medical personnel/staff providing medical care, treatment and services to Plaintiff, Jerald Kirkwood under the direct supervision of Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., when they provided Mr. Kirkwood the wrong

1

eye drops to fill his prescription. The violations of the medical standard of care occurred in Memphis, Shelby County, Tennessee beginning on or about August 24 or 25, 2021 and first discovered on August 25, 2021 when Mr. Kirkwood's eye condition required a trip to the ER. The aforementioned violations of the standard of care consist of acts and omissions constituting medical negligence that are the direct and proximate causes of the personal injuries and deterioration of health that Plaintiff, Jerald Kirkwood has suffered.

At the time of the alleged acts and omissions giving rise to this Health Care Liability/Medical Negligence action the care providers including those identified in this Complaint, upon information and belief, were employees, agents, servants and/or representatives of the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., when they provided medical care, treatment and/or services to said Defendants' patient, Plaintiff, Jerald Kirkwood. In support of Plaintiff's Complaint he states as follows:

**PARTIES, VENUE AND JURISDICTION**

1. At all times pertinent to this matter Plaintiff, Jerald Kirkwood was a citizen of the United States of America and resident of Memphis, Shelby County, TN and all medical care and treatment at issue in this cause of action was rendered to Plaintiff, Jerald Kirkwood in Shelby County, Tennessee.

2. All of the medical care, treatment and services giving rise to this cause of action were provided by or under the direct supervision and control of Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., and upon information and belief the following were the primary providers that provided care and treatment, the pharmacist(s) and/or pharmacy technician(s) the filled Mr. Kirkwood's eye

2

prescription on August 24, or 25, 2021. Upon information and belief the aforementioned were the medical personnel/staff of the named Defendants as set out herein and that may be later identified or discovered in the medical files, charts and records of Plaintiff, Jerald Kirkwood, maintained by the Defendants' custodians, agents, servants, employees and representatives.  All medical care and treatment giving rise to this cause of action were provided in Shelby County, Tennessee making jurisdiction proper before this Court.

3. The named Defendant, Walgreen Co. is believed to be the employer of one or more of the following, the pharmacist(s) and/or pharmacy technicians that provided Mr. Kirkwood his prescription eye drops on or about August 24 or 25, 2021, and all other agents, servants, employees, and representatives of Defendant, Walgreen Co. acting under their authority, supervision, and permission in their treatment of their patients, including Plaintiff, Jerald Kirkwood.

4. It is further believed that Defendant, Walgreen Co., is a Illinois corporation, certified and/or chartered under the laws of the state of Tennessee, permitted to do business in Memphis, Shelby County, Tennessee and fully authorized to provide medical care and treatment to the citizens of Shelby County, Tennessee and other surrounding communities and states, including Plaintiff, Jerald Kirkwood.  Defendant, Walgreen Co., may be served with service of process by serving, The Prentice-Hall Corporation System, Inc., at 2908 Poston Ave., Nashville, TN 37203-1312, as the registered agent.

5. The named Defendant, Walgreens, Store Number 4232 believed to be the employer of one or more of the following, the pharmacist(s) and/or pharmacy technicians, and/or all other agents, servants, employees, and representatives of Defendant, Walgreens, Store Number 4232,

acting under their authority, supervision, and permission in their treatment of their patients, including Plaintiff, Jerald Kirkwood.

6. It is further believed that Defendant, Walgreens, Store Number 4232 is a Illinois corporation, certified and/or chartered to do business under the laws of the state of Tennessee, and permitted to do business in Memphis, Shelby County, Tennessee and fully authorized to provide medical care and treatment to the citizens of Shelby County, Tennessee and other surrounding communities and states, including Plaintiff, Jerald Kirkwood. Defendant, Walgreens, Store Number 4232 may be served with service of process by serving The Prentice-Hall Corporation System, Inc., at 2908 Poston Ave., Nashville, TN 37203-1312, as the registered agent.

7. The named Defendant, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232 believed to be the employer of one or more of the following, the pharmacist(s) and/or pharmacy technicians, and/or all other agents, servants, employees, and representatives of Defendant, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, acting under their authority, supervision, and permission in their treatment of their patients, including Plaintiff, Jerald Kirkwood.

8. It is further believed that Defendant, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232 is a Illinois corporation, certified and/or chartered to do business under the laws of the state of Tennessee, and permitted to do business in Memphis, Shelby County, Tennessee and fully authorized to provide medical care and treatment to the citizens of Shelby County, Tennessee and other surrounding communities and states, including Plaintiff, Jerald Kirkwood. Defendant, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232 may be served with service of process by serving The Prentice-Hall Corporation System, Inc., at 2908 Poston Ave., Nashville, TN 37203-1312, as the registered agent.

4

9. This cause of action arises in tort and is being brought pursuant to the Tennessee Health Care Liability Act, T.C.A. 29-26-101, *et seq.,* and is prosecuted in this Honorable Court by Plaintiff for actual and compensatory damages suffered by Plaintiff as a result of Defendants' negligence in the medical services, care and treatment including acts and omissions resulting in mental anguish, physical pain and suffering, personal injuries of a past, present and permanent nature to be more fully discussed herein.

10. Plaintiff avers that the medical personnel and/or staff of Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., and more specifically, upon information and belief, the pharmacist(s) and/or pharmacy technician that filled Mr. Kirkwood's prescription eye drops on August 24 or 25, 2021, were agents, servants, employees and/or representatives of the Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., therefore any negligence, if any, on the part of the medical personnel and staff of the named Defendants, including but not limited to, nurses, technicians, assistants, receptionists, scheduling clerks and otherwise should be imputed to the Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., under the legal theories/principals of *Respondeat Superior* and/or agency.

11. This is a Complaint alleging medical negligence on the part of the named Defendants, their agents, servants, employees and representatives in providing medical care, treatment and services to Plaintiff, Jerald Kirkwood, which said medical care, treatment and services fell below the recognized medical standard of care for Shelby County, Tennessee consisting of acts and omissions which were deviations from the standard of care amounting to

medical negligence and are the direct and proximate causes of the serious, personal injuries of the Plaintiff as will be discussed in more detail herein.

12. Plaintiff avers that the kind of injuries sustained by Plaintiff would not have occurred but for the negligence on the part of the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., and their agents, servants, employees and/or representatives.

13. It is also believed that an agency relationship, employee-employer relationship, and/or master servant relationship existed by and between the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., therefore any negligence, if any, on the part of the other, should be imputed to the other under the legal theory and/or doctrine of *Respondeat Superior* and/or principles of agency.

14. The named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., are sued in their individual capacities, and based on their employee-employer, master servant, and/or agency relationships and/or in their representative capacities for the acts and/or omissions of their agents, servants, employees and/or representatives as stated in this Complaint based on the known facts and information obtained from a review of the medical records.

15. Pursuant to the Health Care Liability Act, particularly T.C.A. 29-26-121, the above named Defendants were given written notice of such potential claims made against each Defendant by the issuance of the 60-day intent to sue letters sent by certified mail, return receipt requested and personal service and as such Plaintiff's statute of limitations, which began to run at the earliest on August 25, 2021, at the earliest, when Plaintiff, Jerald Kirkwood's condition required a trip to

6

the ER. Therefore, Plaintiff's August 25, 2022 statute of limitations was extended by 120 days by timely mailing the aforementioned notice letters on August 24, 2022.

16. Plaintiff avers that in compliance with T.C.A. 29-26-121 the Affidavit of Compliance filed simultaneously herewith establishes that the intent to sue letters were timely mailed by certified mail, return receipt requested with certificates of mailing at least 60 days prior to suit being filed.

17. Further Plaintiff avers that he has complied with T.C.A. 29-26-122 by filing the Certificate of Good Faith simultaneously herewith this Complaint.

18. This Court is the proper venue and has jurisdiction over this matter because all medical care, treatment and/or services were provided to Plaintiff, Jerald Kirkwood in Shelby County, Tennessee.

19. Plaintiff avers that the named Defendants, their agents, servants, employees and/or representatives deviated from the accepted standard of medical care and treatment that they individually and collectively provided to Plaintiff, Jerald Kirkwood in Shelby County, Tennessee during the period alleged and set out in this Complaint.

20. Plaintiff avers that the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., their agents, servants, employees and/or representatives deviated from the accepted and recognized standard of medical care existing in Shelby County, Tennessee during the period of time they treated Plaintiff, Jerald Kirkwood and that the acts and omissions of medical negligence were deviations from the standard of care by the named Defendants, their agents, servants, employees and representatives that were the direct and proximate causes of the serious, permanent, disabling personal injuries sustained by

the Plaintiff, Jerald Kirkwood and he would not have suffered said injuries but for the named Defendants' negligence.

21. Plaintiff further states that the types of injuries suffered by Plaintiff, were foreseeable and preventable and would not have otherwise occurred except for the acts and omissions of medical negligence on the part of the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., their agents, servants employees, and/or their representatives in their individual and joint medical care and treatment of the Plaintiff, Jerald Kirkwood as will be more fully setout herein.

22. The Plaintiff, Jerald Kirkwood was an established patient of the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., and/or their agents, servants and/or employees when seen and treated by the Defendants, their agents, servants, and/or employees in the medical community of Shelby County, Tennessee as set out in this Complaint.

23. As noted above, all of the acts and omissions of medical negligence complained of herein occurred in Shelby County, Tennessee making jurisdiction and venue proper before this Court.

24. Plaintiff objects to the Tennessee Health Care Liability Act in its entirety because it is discriminatory class legislation, is unconstitutional and is in conflict with the Health Information and Portability and Accountability Act of 1996 (HIPAA).

25. Plaintiff avers that the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., their agents, servants, employees and/or representatives deviated from the recognized and accepted standard of medical care existing in Shelby County, Tennessee when they provided medical care, treatment and/or

services to Plaintiff, Jerald Kirkwood resulting in permanent injuries and damages that Plaintiff, Jerald Kirkwood would not have otherwise sustained.

### FACTS, MEDICAL NEGLIGENCE, INJURIES AND DAMAGES

26.   It is alleged that the Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., and/or their agents, servants, employees and/or representatives individually and collectively with their staff and personnel were negligent in the medical care and treatment of Plaintiff, Jerald Kirkwood and as such are the direct and proximate cause of the personal injuries and damages of Plaintiff and for which he seeks recovery and files this cause of action. This negligence is premised on the facts set out below.

### Facts

27.   On or about August 24 or 25, 2021, Jerald Kirkwood presented to Walgreen's pharmacy located 8046 Macon Road which is at the corner with Germantown Road in Cordova, TN 38018 to pick up his prescription from Eye Specialty Group for a refill of his fluorometholone .1% drop. Upon information and belief Mr. Kirkwood did not receive the correct eye drop and he did not notice it until after he had placed the drops in his eye. Mr. Kirkwood's eyes became inflamed and irritated to the point that he required emergent care. Plaintiff, Jerald Kirkwood noticed the cap to the drops given was a different color than usual and that the name did not appear to be the same as requested to be refilled. Additionally, when Plaintiff had used the fluorometholone .1% in the past he did not have any type of reaction.

28.   Further, Plaintiff states that on the day that he picked up the prescription at issue, prior to using the drops provided by Walgreens' employee, Plaintiff asked the employee if it was the correct drop and he was reassured that it was the correct drop requested to be refilled, the fluorometholone .1%.

9

29. On August 25, 2021 at approximately 14:55 Mr. Kirkwood presented to the Emergency Department at St. Francis Hospital - Bartlett. Mr. Kirkwood presented with chief complaints of eyes that are red and irritated. Mr. Kirkwood was treated by Nurse Practitioner Rebecca Lyle. She diagnosed Mr. Kirkwood with eye irritation and allergic conjunctivitis. She noted in her history that Mr. Kirkwood informed her that he had been given the wrong eye drops. N.P. Lyle discharged Mr. Kirkwood that day with instructions to see his ophthalmologist the next day.

30. Mr. Kirkwood was not able to be seen by the Eye Specialty Group until September 3, 2021. Mr. Kirkwood was seen on the 3rd of September and has been followed by Eye Specialty Group since that time and continues to be treated there.

31. Today, Mr. Kirkwood is still suffering from complications of the incorrect eye drop being provided by Defendants.

32. Based on the foregoing facts Plaintiff avers that the Defendants, individually and/or collectively committed the following acts and/or omissions constituting medical negligence without which the injuries suffered by the Plaintiff would not have occurred.

## Negligence

33. It is the claim of Plaintiff that the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., their agents, servants, employees and/or representatives breached the standard of care in Shelby County, Tennessee by the following acts and/or omissions that constitute medical negligence:

   (a) Failing to provide medical care and treatment within the recognized standard of care as applicable to each Noticed Care Provider;
   (b) Negligently providing the wrong prescription;
   (c) Negligently failing to ensure that Mr. Kirkwood received the prescription intended by his healthcare providers;
   (d) Negligently refilling the wrong prescription;

10

    (e)    Negligently aggravating Mr. Kirkwood's preexisting eye conditions;

    (f)    Negligently causing injury to Mr. Kirkwood's eye.

34. Further, upon information and belief the entities of, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., are independently negligent in the following regards:

    (a)    Failing to properly train and supervise, treating pharmacist(s) and/or pharmacy technician(s), and/or medical staff and personnel;

    (b)    Failure to have in place proper procedures and protocols on when to verify the correct prescription is being provided.

35. Additionally, Plaintiff avers that the type of injuries sustained by Plaintiff, Jerald Kirkwood do not usually occur without negligence and that the type of injuries sustained by Plaintiff were caused by an instrumentality (eye drops) that were in the exclusive control of Walgreens and as such Plaintiff states that they will be relying on the legal theory of *Res Ipsa Loquitor*.

## **Injuries and Damages**

36. As a direct and proximate result of the deviations from the standard of care constituting acts and/or omissions of medical negligence on the part of the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., their agents, servants, employees and/or representatives being the care providers of Plaintiff, Jerald Kirkwood. Plaintiff, Jerald Kirkwood sustained the following foreseeable and preventable injuries and damages that he otherwise would not have suffered and for which he seeks recovery:

    (a)    Unnecessary physical pain and suffering;

    (b)    Unnecessary emotional pain and suffering;

    (c)     Past, present and future medical expenses that would not have been necessary but for the negligence;

    (d)     Loss of enjoyment and quality of life;

    (e)     Unnecessary additional medical treatments,

    (f)     Out-of-pocket expenses;

    (g)     Loss of income.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Jerald Kirkwood files this action for Health Care Liability against the named Defendants, Walgreen Co., a/k/a, d/b/a Walgreens, Store Number 4232, Walgreens, Store Number 4232, and Walgreen Co., their agents, servants, employees and/or representatives being the care providers of Plaintiff, Jerald Kirkwood, for actual and compensatory damages for pain and suffering, unnecessary physical pain and suffering, unnecessary emotional pain and suffering, additional medical care and treatment and otherwise noted herein and allowable under Tennessee law in the amount of $500,000.00 (five hundred thousand dollars).

## DEMAND FOR JURY TRIAL

Wherefore, Plaintiff demands a jury to try the factual issues in this Case when joined.

                                                  Respectfully submitted this 10th day of March 2023,

                                                  s/Louis P. Chiozza, Jr.
                                                  Louis P. Chiozza, Jr., TN Bar 8871
                                                  Law Office of Louis P. Chiozza, Jr.
                                                  230 Adams Ave.
                                                  Memphis, TN 38103
                                                  Office: (901) 526-9494
                                                  Fax: (901) 526-9970
                                                  Email: Lou@chiozzalaw.com

CERTIFICATE OF SERVICE

    I, the undersigned hereby certify that I have electronically filed the foregoing on the Court's ECF filing system and that all noted counsel of record have received electronic notification of the filing of the foregoing.

Karl M. Braun, BPR #22371
424 Church Street, Suite 2950
Nashville, TN 37219
(615) 313-9911
Fax: (615) 313-8008
kbraun@hallboothsmith.com

Kyler S. Garmen, BPR #34245
Jared Davenport, BPR #38747
40 South Main St., Suite 2600
Memphis, TN 38103
(901) 620-4990
Fax: (901) 620-4982
kgarmen@hallboothsmith.com
jdavenport@hallboothsmith.com

Attorneys for Defendant Walgreen Co.

                                                      s/Louis P. Chiozza, Jr.