*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

| | |
|---|---|
| **JERALD KIRKWOOD,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **WALGREEN CO.,** **WALGREENS, STORE NUMBER 4232, and WALGREEN CO., a/k/a, d/b/a WALGREENS, STORE NUMBER 4232,** | CASE NO: 2:23-cv-2028-tmp |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

   IT IS SO ORDERED AND ADJUDGED that pursuant to the Consent Stipulation Of Voluntary Dismissal Without Prejudice entered on March 29, 2023 this case is hereby DISMISSED without prejudice.

**APPROVED:**

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| March 30, 2023 | WENDY R. OLIVER |
| **DATE** | Clerk of Court |
| | |
| | s/Terry Haley |
| | **(By)  Deputy Clerk** |